UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

United States of America,

                Plaintiff,

v.                                          Case No. 2:23−cr−20610−LJM−EAS
                                                Hon. Laurie J. Michelson

Christine Olney,

                Defendant(s),

## NOTICE TO APPEAR

The following defendant(s) are hereby notified to appear:  Christine Olney

The defendant(s) shall appear before District Judge Laurie J. Michelson at the United States District Court, Theodore Levin U.S. Courthouse, 231 W. Lafayette Boulevard, Room 212, Detroit, Michigan, for the following proceeding(s):

- PLEA HEARING:  December 19, 2023 at 01:00 PM

### Certificate of Service

I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

                                                                By: s/Erica L Parkin
                                                                  Case Manager

Dated:  November 6, 2023