UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,        Cr. No. 23-20610

v.        Honorable Laurie J. Michelson

CHRSTINE OLNEY,

        Defendant.

_____/

## EX-PARTE ORDER TO SEAL

Christine Olney has moved to seal Exhibit B – Medical Records of Mason Olney, to her Sentencing Memorandum. Having been duly advised in the premises and supporting authority;

IT IS HEREBY ORDERED that Exhibit B – Medical Records of Mason Olney to Christine Olney's Sentencing Memorandum shall be filed by the Clerk under seal.

Dated: April 17, 2024

        s/Laurie J. Michelson
        LAURIE J. MICHELSON
        UNITED STATES DISTRICT JUDGE